*BROUSSART* vs. *TRAHAN & AL.*

THE petition stated that the plaintiff bought a tract of land, from the defendants' ancestor, and that they had dispossessed him. He claimed a restoration of the land, or damages.

If plea be overruled, no trial can be had, till an- swer filed.

THE defendants pleaded that they were not bound to answer, because the matter had been settled in a suit, determined in New-Orleans at a former term.

*The Court,* MATHEWS, *J. alone,* had over- ruled the plea and ordered the cause to be con- tinued.

THE cause being called, it appeared there was no answer filed.

*Porter,* for the plaintiffs. The cause ought to be tried : nothing remains but to assess the da- mages.

*Lewis,* for the defendants. The plea having been overruled, the suit remains to be tried on the merits. It cannot be tried without an issue be

SPRING 1812.
V. District.

BROUSSART
vs.
TRAHAN & AL.

made up, and that cannot be done without an answer.

*The Court* being of that opinion, the plaintiff's counsel entered judgment by default; the plea having been overruled upwards of one year.